IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERICK ROSALES, :
: 1:18-cv-1302
       Petitioner, :
: Hon. John E. Jones III
v. :
:
WARDEN CRAIG A. LOWE, :
       Respondent. :

## ORDER

**December 19, 2018**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition is DENIED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

                                    <u>s/ John E. Jones III</u>
                                    John E. Jones III
                                    United States District Judge